Adam J. Soibelman, Esq., S.B.N. 150106
ASoibelman@R2LG.com
Robin M. McConnell, Esq., S.B.N. 190247
RMcConnell@R2LG.com
R2 Law Group, LLP
23901 Calabasas Road, Suite 2006
Calabasas, CA 91302
(818) 610-3222

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JULIE MARSHALL, an individual

Plaintiff(s),

v.

PLATINUM GLOBAL ADVISORS, LLC, A California Limited Liability Company; et al.

Defendant(s).

CASE NUMBER

2:16-CV-00672 GHK (GJSx)

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) <u>MARQUEE PRODUCTIONS, LLC, a California Limited Liability Company; and NICHOLAS LONGANO, an individual</u>
is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by <u>Plaintiff, Julie Marshall</u>.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| <u>May 20, 2016</u> | <u>/s/ Robin McConnell, Esq.</u> |
| *Date* | *Signature of Attorney/Party* |

**NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***