**Filed: 12/9/16**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Julie Marshall*, | CASE NO. CV 16-672-GHK (GJSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Platinum Global Advisors, LLC, et al.*, | |
| Defendants. | |

1   Pursuant to the Court's December 9, 2016 Order, IT IS **ORDERED,**
2   **ADJUDGED, AND DECREED** that default judgment is entered in favor of Plaintiff
3   Julie Marshall and against Defendants Platinum Global Advisors, LLC, Jon Paul
4   Javellana, and Kenneth Ro, jointly and severally, in the amount of $1,070,972.88,
5   consisting of $346,000 in compensatory damages, $8,444 in disgorgement, $692,000 in
6   punitive damages, and $24,528.88 in attorney's fees.  As set forth in our Order, up to
7   $216,000 of this award shall be subject to reduction to the extent Infinity Capital Group,
8   LLC fulfills its obligations under its settlement with Marshall.  Marshall is directed to
9   seek taxable costs from the Clerk.  We shall retain jurisdiction to conduct any proceeding
10  arising out of this Judgment and to construe, enforce, or implement this Judgment.

12  **IT IS SO ORDERED**.
13  DATED: 12/9/16

_____
GEORGE H. KING
United States District Judge